IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0109
 ((((((((((((((((

 Paul James Koumjian, Petitioner

 v.

 Texas Department of Criminal Justice, Correctional Institution Division and
 University of Texas Medical Branch, Correctional Managed Care, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The petition for review, filed February 17, is ABATED. See
Tex. R. App. 53.7(a).
 2. This case is abated until further order of this Court and is
removed from the Court's active docket. It is the parties' responsibility
to immediately notify this Court once the court of appeals' decision on the
motion for rehearing is final.

 Done at the City of Austin, this 29th day of March, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk